IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA LUCARELLI,

    Plaintiff,

v.

PAUL DILLARD and LETHEL POLK,

    Defendant
_____/

No. C-05-1590 MMC

**ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS**

    Before the Court is the parties' stipulation, filed August 9, 2005, to continue the case management conference and the hearing on defendants' motion to dismiss.

    Good cause appearing, the parties' stipulation is approved.

    Accordingly:

    1. The case management conference is continued from August 19, 2005 to October 21, 2005. A joint case management conference shall be filed no later than October 14, 2005. The parties shall complete initial disclosures and file a Rule 26(f) report no later than October 14, 2005.

    2. The hearing on defendants' motion to dismiss is continued from September 23, 2005 to October 7, 2005.

    **IT IS SO ORDERED.**

Dated: August 10, 2005

                                                  MAXINE M. CHESNEY
                                                United States District Judge