IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LUCARELLI,<br><br>  Plaintiff,<br><br>  v.<br><br>PAUL DILLARD, et al.,<br><br>  Defendants / | No. C-05-1590 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

   On September 16, 2005, plaintiff electronically filed her opposition to defendants' motion to dismiss, her opposition to defendants' motion to disqualify plaintiff's counsel, and two declarations in support of her opposition to the motion to disqualify.  Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

   Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced documents.  Plaintiff is hereby advised that if she fails in the future to comply with the

1  Court's Standing Order to provide chambers copies of electronically-filed documents, the
2  Court may impose sanctions, including, but not limited to, striking from the record any
3  electronically-filed document of which a chambers copy has not been timely provided to the
4  Court.
5  **IT IS SO ORDERED.**
6
7  Dated: September 21, 2005
8  _____
   MAXINE M. CHESNEY
   United States District Judge