GREGORY S. WALSTON, State Bar No. 196776
THE WALSTON LEGAL GROUP
222 Columbus Avenue, Suite 320
San Francisco, California 94133
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

ATTORNEYS FOR PLAINTIFF THERESA LUCARELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THERESA LUCARELLI,<br><br>Plaintiff,<br><br>v.<br><br>PAUL DILLARD, et al.,<br><br>Defendants. | Case No. C-05-1590 MCC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
|---|---|

An urgent matter has arisen that requires plaintiff's counsel to be out of town, and unavailable, at the time of the June 2, 2006 further case management conference in this action. Accordingly, the parties here by stipulate to continue the further case management conference to June 9, 2006 at 10:30.

Dated: June 1, 2006

RANKIN, SPROAT, MIRES, BEATY & REYNOLDS, A.P.C.

By: _____
GEOFFREY A. BEATY
DAMON M. THURSTON
Attorneys for Defendants,
PAUL DILLARD and LETHEL POLK

- 1 -

Lucarelli v. Dillard, et al., No. Case No. C-05-1590-MCC

Dated: June 1, 2006

THE WALSTON LEGAL GROUP

By: Gregory S. Walston

ATTORNEYS FOR PLAINTIFF

~~PROPOSED~~ ORDER

It is so ordered.

Dated: June 1, 2006

UNITED STATES DISTRICT JUDGE